Jonathan S. Henes, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

*Proposed Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELUXE ENTERTAINMENT | ) | Case No. 19-23774 (RDD) |
| SERVICES GROUP INC., *et al.*,[1] | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AGENDA FOR HEARING TO BE HELD**
**OCTOBER 24, 2019, AT 10:00 A.M., PREVAILING EASTERN TIME**

Time and Date of Hearing:   October 24, 2019, at 10:00 a.m., prevailing Eastern Time

Location of Hearing:   The Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Copies of Motions:   A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Prime Clerk LLC, at http://cases.primeclerk.com/deluxe. Further information may be obtained via email at deluxe@primeclerk.com, or by calling toll free at (877) 506-0268 (for domestic or Canadian callers) and (917) 947-2682 (for callers outside the United States and Canada).

---

[1] The last four digits of Debtor Deluxe Entertainment Services Group Inc.'s tax identification number are 1725. Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' Solicitation Agent at https://cases.primeclerk.com/deluxe. The location of the Debtors' service address for purposes of these chapter 11 cases is: 50 Main Street, Suite 1014, White Plains, New York, 10606.

1

**I.   Disclosure Statement and Confirmation Approval**

    1.    Disclosure Statement for the Joint Prepackaged Plan of Reorganization of Deluxe Entertainment Services Group Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 14].

        <u>Objection Deadline</u>:  October 21, 2019, at 5:00 p.m., prevailing Eastern Time.

        <u>Related Documents</u>:

        A.    Affidavit of Service of Craig Johnson Regarding Solicitation Materials [Docket No. 24].

        B.    Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Establishing Plan and Disclosure Statement Objection and Reply Deadlines and Related Procedures, (III) Approving the Solicitation Procedures, (IV) Approving the Combined Hearing Notice, (V) Directing that a Meeting of Creditors not be Convened, and (VI) Shortening the Notice Requirements Related Thereto, and (VIII) Granting Related Relief [Docket No. 38].

        C.    Affidavit of Publication in The Wall Street Journal of Notice of Commencement of Prepackaged Chapter 11 Bankruptcy Cases and Combined Hearing on Disclosure Statement and Confirmation of Joint Prepackaged Chapter 11 Plan [Docket No. 50].

        D.    Affidavit of Publication in the Financial Times of Notice of Commencement of Prepackaged Chapter 11 Bankruptcy Cases and Combined Hearing on Disclosure Statement and Confirmation of Joint Prepackaged Chapter 11 Plan [Docket No. 51].

        E.    Notice of Hearing of Second Day and Confirmation Hearing [Docket No. 52].

        F.    Affidavit of Service of Alain B. Francoeur Regarding Notice of Combined Hearing to Consider (I) Adequacy of the Disclosure Statement and Solicitation Procedures and (II) Confirmation of the Plan of Reorganization [Docket No. 54].

        G.    Affidavit of Service of Andrew Vignali Regarding Notice of Second Day and Confirmation Hearing [Docket No. 57].

        H.    Debtors' Memorandum of Law in Support of an Order Approving the Debtors' Disclosure Statement for, and Confirming, the Debtors' Joint Prepackaged Chapter 11 Plan of Reorganization (As Modified) [To be filed].

      Responses Received: None.

2. Joint Prepackaged Plan of Reorganization of Deluxe Entertainment Services Group Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 15].

      Objection Deadline: October 21, 2019, at 5:00 p.m., prevailing Eastern Time.

      Related Documents:

      A. Affidavit of Service of Craig Johnson Regarding Solicitation Materials [Docket No. 24].

      B. Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Establishing Plan and Disclosure Statement Objection and Reply Deadlines and Related Procedures, (III) Approving the Solicitation Procedures, (IV) Approving the Combined Hearing Notice, (V) Directing that a Meeting of Creditors not be Convened, and (VI) Shortening the Notice Requirements Related Thereto, and (VIII) Granting Related Relief [Docket No. 38].

      C. Affidavit of Publication in The Wall Street Journal of Notice of Commencement of Prepackaged Chapter 11 Bankruptcy Cases and Combined Hearing on Disclosure Statement and Confirmation of Joint Prepackaged Chapter 11 Plan [Docket No. 50].

      D. Affidavit of Publication in the Financial Times of Notice of Commencement of Prepackaged Chapter 11 Bankruptcy Cases and Combined Hearing on Disclosure Statement and Confirmation of Joint Prepackaged Chapter 11 Plan [Docket No. 51].

      E. Notice of Hearing of Second Day and Confirmation Hearing [Docket No. 52].

      F. Affidavit of Service of Alain B. Francoeur Regarding Notice of Combined Hearing to Consider (I) Adequacy of the Disclosure Statement and Solicitation Procedures and (II) Confirmation of the Plan of Reorganization [Docket No. 54].

      G. Affidavit of Service of Andrew Vignali Regarding Notice of Second Day and Confirmation Hearing [Docket No. 57].

      H. Notice of Filing Plan Supplement [Docket No. 64].

      I. Declaration of John Eric "Eric" Cummins in Support of Confirmation of the Joint Prepackaged Plan of Reorganization of

        Deluxe Entertainment Services Group, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [To be filed].

J.    Declaration of Joshua Abramson in Support of Confirmation of the Joint Prepackaged Plan of Reorganization of Deluxe Entertainment Services Group Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [To be filed].

K.    Declaration of Christina Pullo of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Joint Prepackaged Plan of Reorganization of Deluxe Entertainment Services Group Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [To be filed].

L.    Debtors' Memorandum of Law in Support of an Order Approving the Debtors' Disclosure Statement for, and Confirming, the Debtors' Joint Prepackaged Chapter 11 Plan of Reorganization (As Modified) [To be filed].

Responses Received:  None.

**Status**:  This matter is going forward.

## II. Uncontested Matters Going Forward

3.    Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 19].

Objection Deadline:  October 21, 2019, at 5:00 p.m., prevailing Eastern Time.

Related Documents:

A.    Declaration of James H. Baird in Support of the Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 20].

B.    Interim Order (I) Authorizing the Debtors to Obtain Senior Secured Priming Superpriority Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection,

     (V) Modifying Automatic Stay, (VI) Scheduling Final Hearing, and (VII) Granting Related Relief [Docket No. 30].

  C. Notice of Filing of Revised Final Order (I) Authorizing the Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [To be filed].

Responses Received:  None.

**Status**:  This matter is going forward.

4. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Accounts Payable Claims in the Ordinary Course of Business, (II) Granting Administrative Expense Priority to all Undisputed Obligations on Account of Outstanding Orders, and (III) Granting Related Relief [Docket No. 10].

Objection Deadline:  October 21, 2019, at 5:00 p.m., prevailing Eastern Time.

Related Documents:

  A. Interim Order (I) Authorizing the Debtors to Pay Accounts Payable Claims in the Ordinary Course of Business, (II) Granting Administrative Expense Priority to All Undisputed Obligations on Account of Outstanding Orders, and (III) Granting Related Relief [Docket No. 39].

  B. Notice of Filing Revised Proposed Final Order (I) Authorizing the Debtors to Pay Accounts Payable Claims in the Ordinary Course of Business, (II) Granting Administrative Expense Priority to All Undisputed Obligations on Account of Outstanding Orders, and (III) Granting Related Relief [Docket No. 68].

Responses Received:  None.

**Status**:  This matter is going forward.

5. Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Continue to Operate Their Cash Management System, Honor Certain Prepetition Obligations Related Thereto, and Maintain Existing Business Forms and (II) Honor Their Intercompany Transactions and Grant Superpriority Administrative Expense Status to Postpetition Intercompany Transactions [Docket No. 11].

> Objection Deadline:  October 21, 2019, at 5:00 p.m., prevailing Eastern Time.
>
> Related Documents:
>
> A.   Interim Order Authorizing the Debtors to (I) Continue to Operate Their Cash Management System, Honor Certain Prepetition Obligations Related Thereto, and Maintain Existing Business Forms and (II) Honor Their Intercompany Transactions and Grant Superpriority Administrative Expense Status to Postpetition Intercompany Transactions [Docket No. 33].
>
> B.   Notice of Filing of Revised Proposed Final Order Authorizing the Debtors to (I) Continue Their Cash Management System, Honor Certain Prepetition Obligations Related Thereto, and Maintain Existing Business Forms and (II) Honor Their Intercompany Transactions and Grant Superpriority Administrative Expense Status to Postpetition Intercompany Transactions [Docket No. 69].
>
> Responses Received:  None.
>
> **Status**:  This matter is going forward.

6.   Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (II) Continue Employee Benefits Programs [Docket No. 8].

> Objection Deadline:  October 21, 2019, at 5:00 p.m., prevailing Eastern Time.
>
> Related Documents:
>
> A.   Interim Order Authorizing the Debtors to (I) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (II) Continue Employee Benefits Programs [Docket No. 40].
>
> B.   Notice of Filing of Revised Proposed Final Order Authorizing the Debtors to (I) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (II) Continue Employee Benefits Programs [Docket No. 73].
>
> Responses Received:  None.
>
> **Status**:  This matter is going forward.

7. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Docket No. 7].

    Objection Deadline: October 21, 2019, at 5:00 p.m., prevailing Eastern Time.

    Related Documents:

    A. Interim Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Docket No. 41].

    B. Notice of Filing of Revised Proposed Final Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief [Docket No. 70].

    Responses Received: None.

    **Status**: This matter is going forward.

8. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Satisfy Obligations Related to Insurance Policies, (B) Renew, Supplement, Modify, or Purchase Insurance Coverage, (C) Honor the Terms of the Premium Finance Agreements and Pay Premiums Thereunder, (D) Enter into New Premium Finance Agreements in the Ordinary Course of Business, and (II) Granting Related Relief [Docket No. 9].

    Objection Deadline: October 21, 2019, at 5:00 p.m., prevailing Eastern Time.

    Related Documents:

    A. Interim Order (I) Authorizing the Debtors To (A) Satisfy Obligations Related to Insurance Policies, (B) Renew, Supplement, Modify, or Purchase Insurance Coverage, (C) Honor the Terms of the Premium Finance Agreements and Pay Premiums Thereunder, (D) Enter into New Premium Finance Agreements in the Ordinary Course of Business, and (II) Granting Related Relief [Docket No. 42].

    B. Notice of Filing of Revised Proposed Final Order (I) Authorizing the Debtors to (A) Satisfy Obligations Related to Insurance Policies, (B) Renew, Supplement, Modify, or Purchase Insurance Coverage, (C) Honor the Terms of the Premium Finance Agreements and Pay Premiums Thereunder, (D) Enter into New Premium Finance Agreements in the Ordinary Course of Business, and (II) Granting Related Relief [Docket No. 72].

Responses Received: None.

**Status**: This matter is going forward.

9. Debtors' Motion for Entry of Interim and Final Orders (I) Establishing Certain Notice, Case Management, and Administrative Procedures, and (II) Granting Related Relief [Docket No. 5].

   Objection Deadline: October 21, 2019, at 5:00 p.m., prevailing Eastern Time.

   Related Documents:

   A. Interim Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures, and (II) Granting Related Relief [Docket No. 37].

   B. Notice of Filing of Revised Proposed Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures, and (II) Granting Related Relief [Docket No. 71].

   Responses Received: None.

   **Status**: This matter is going forward.

Dated: October 22, 2019        */s/ Jonathan S. Henes*
New York, New York             Jonathan S. Henes, P.C.
                               **KIRKLAND & ELLIS LLP**
                               **KIRKLAND & ELLIS INTERNATIONAL LLP**
                               601 Lexington Avenue
                               New York, New York 10022
                               Telephone:   (212) 446-4800
                               Facsimile:   (212) 446-4900

                               *Proposed Counsel to the Debtors and Debtors in Possession*