**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| DELUXE ENTERTAINMENT SERVICES GROUP INC., *et al.*,[1] | ) ) ) ) | Case No. 19-23774 (RDD) |
| Debtors. | ) ) ) | (Jointly Administered) |

**DECLARATION OF CHRISTINA PULLO OF PRIME CLERK LLC
REGARDING THE SOLICITATION OF VOTES AND TABULATION
OF BALLOTS CAST ON THE JOINT PREPACKAGED PLAN OF REORGANIZATION
OF DELUXE ENTERTAINMENT SERVICES GROUP INC. AND ITS DEBTOR
AFFILIATES PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

I, Christina Pullo, declare, under the penalty of perjury:

1.     I am the Vice President of Solicitation and Public Securities at Prime Clerk LLC ("Prime Clerk"), located at One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, New York 10165.  I am over the age of eighteen years and not a party to the above-captioned action.  Unless otherwise noted, I have personal knowledge of the facts set forth herein.

2.     I submit this Declaration with respect to the solicitation of votes and the tabulation of ballots cast on the Joint Prepackaged Plan of Reorganization of Deluxe Entertainment Services Group Inc. and it's Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code, dated October 2, 2019 [Docket No. 15] (as may be amended, supplemented, or modified from time to time, the "Plan")[2].  Except as otherwise noted, all facts set forth herein are based on my personal

---

[1]   The last four digits of Debtor Deluxe Entertainment Services Group Inc.'s tax identification number are 1725. Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/deluxe. The location of the Debtors' service address for purposes of these chapter 11 cases is: 50 Main Street, Suite 1014, White Plains, New York, 10606.

[2]   All capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Plan or the *Disclosure Statement for the Joint Prepackaged Plan of Reorganization of Deluxe Entertainment Services Group*

knowledge, knowledge that I acquired from individuals under my supervision, and/or my review of the relevant documents. I am authorized to submit this Declaration on behalf of Prime Clerk. If I were called to testify, I could and would testify competently as to the facts set forth herein.

3. Prior to the commencement of these Chapter 11 Cases, Deluxe Entertainment Services Group Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors") appointed Prime Clerk as their solicitation and tabulation agent to assist with, among other things, (a) service of solicitation materials to the parties entitled to vote to accept or reject the Plan and (b) tabulation of votes cast with respect thereto. Prime Clerk and its employees have considerable experience in soliciting and tabulating votes to accept or reject proposed prepackaged chapter 11 plans.On October 9, 2019, this Court authorized Prime Clerk's retention as the Debtors' claims and noticing agent pursuant to the *Order (I) Authorizing and Approving the Appointment of Prime Clerk LLC as Claims and Noticing Agent to the Debtors, Effective Nunc Pro Tunc to the Petition Date, and (II) Granting Related Relief* [Docket No. 36].

**Service and Transmittal of Solicitation Packages and Tabulation Process**

4. The procedures adhered to by Prime Clerk for the solicitation and tabulation of votes are outlined in the *Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Establishing Plan and Disclosure Statement Objection and Reply Deadlines and Related Procedures, (III) Approving the Solicitation Procedures, (IV) Approving the Combined Hearing Notice, (V) Directing that a Meeting of Creditors Not be Convened, and (VI) Shortening the Notice Requirements Related Thereto, and (VIII) Granting Related Relief*, dated October 9, 2019 [Docket No. 38], the Disclosure Statement, and the ballots distributed to

---

*Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code,* dated October 2, 2019 [Docket No. 14] (the "Disclosure Statement"), as applicable.

parties entitled to vote on the Plan (collectively, the "Solicitation Procedures").  I supervised the solicitation and tabulation of votes performed by Prime Clerk's employees.

5. The Debtors established September 20, 2019 as the record date (the "Voting Record Date") for determining which creditors were entitled to vote on the Plan.  Pursuant to the Plan and the Solicitation Procedures, only Holders of Claims in the following classes as of the Voting Record Date were entitled to vote to accept or reject the Plan (the "Voting Classes"):

| Plan Class | Class Description |
|---|---|
| 6 | Priming Term Loan Claims |
| 7 | Existing Term Loan Claims |

No other classes were entitled to vote on the Plan.

6. In accordance with the Solicitation Procedures, Prime Clerk worked closely with the Debtors and their advisors to identify the Holders of Claims entitled to vote in the Voting Classes as of the Voting Record Date and to coordinate the distribution of solicitation materials to these Holders.  A detailed description of Prime Clerk's distribution of solicitation materials is set forth in Prime Clerk's *Affidavit of Service of Solicitation Materials* [Docket No. 24].

7. Further, in accordance with the Solicitation Procedures, Prime Clerk reviewed, determined the validity of, and tabulated the ballots submitted to vote on the Plan.  Each ballot submitted to Prime Clerk was date-stamped, scanned, assigned a ballot number, entered into Prime Clerk's voting database and processed in accordance with the Solicitation Procedures.  To be included in the tabulation results as valid, a ballot must have been (a) properly completed pursuant to the Solicitation Procedures, (b) executed by the relevant Holder entitled to vote on the Plan (or such Holder's authorized representative), (c) returned to Prime Clerk via an approved method of delivery set forth in the Solicitation Procedures, and (d) received by Prime Clerk by 5:00 p.m. (prevailing Eastern Time) on October 21, 2019 (the "Voting Deadline").

8. All valid ballots cast by Holders entitled to vote in the Voting Classes and received by Prime Clerk on or before the Voting Deadline were tabulated pursuant to the Solicitation Procedures.

9. The final tabulation of votes cast by timely and properly completed ballots received by Prime Clerk is attached hereto as **Exhibit A**.

10. A report of all ballots received but excluded from the final tabulation prepared by Prime Clerk, and the reasons for exclusion of such ballots, is attached hereto as **Exhibit B**.

*[Remainder of Page Intentionally Left Blank]*

To the best of my knowledge, information and belief, I declare under penalty of perjury that the foregoing information concerning the distribution, submission and final tabulation of Ballots in connection with the Plan is true and correct.

Dated: October 23, 2019

_____
Christina Pullo
Vice President of Solicitation and Public Securities
Prime Clerk LLC

# **Exhibit A**

19-23774-rdd    Doc 77    Filed 10/23/19    Entered 10/23/19 16:00:29    Main Document
Pg 6 of 9

**Exhibit A**

**Deluxe Entertainment Services Group Inc., *et al.***
**Exhibit A - Tabulation Summary**

| Class | Class Description | Number Accepting | Number Rejecting | Amount Accepting | Amount Rejecting | Class Voting Result |
|---|---|---|---|---|---|---|
| | | % | % | % | % | |
| 6 | Priming Term Loan Claims | 132 | 0 | $70,222,971.74 | $0.00 | ACCEPT |
| | | 100% | 0% | 100% | 0% | |
| 7 | Exisiting Term Loan Claims | 224 | 0 | $646,320,760.17 | $0.00 | ACCEPT |
| | | 100% | 0% | 100% | 0% | |

**Exhibit B**

**Deluxe Entertainment Services Group Inc., *et al.***
**Exhibit B - Report of Ballots Excluded from Tabulation**

| Plan Class | Plan Class Description | Creditor Name | Voting Amount | Accept/Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|
| 6 | Priming Term Loan Claims | APIDOS CLO XI | $130,000.00 | Accept | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN FINAL TABULATION |
| 7 | Existing Term Loan Claims | ALLEGRO CLO I, LTD. | $5,211,739.72 | N/A | HOLDER DID NOT INDICATE VOTE TO ACCEPT OR REJECT THE PLAN; SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN FINAL TABULATION |
| 7 | Existing Term Loan Claims | Citigroup Financial Products Inc | $1,000,000.00 | N/A | HOLDER DID NOT INDICATE VOTE TO ACCEPT OR REJECT THE PLAN |
| 7 | Existing Term Loan Claims | SOGECAP DIVERSIFIED LOANS FUNDS | $2,790,199.03 | N/A | HOLDER DID NOT INDICATE VOTE TO ACCEPT OR REJECT THE PLAN; SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN FINAL TABULATION |
| 7 | Existing Term Loan Claims | SWISS CAPITAL ALTERNATIVE STRATEGIES FUNDS SPC RE: SC ALTERNATIVE STRATEGY 10 SP | $937,500.00 | Accept | DUPLICATE OF PREVIOUSLY RECEIVED VALID BALLOT INCLUDED IN FINAL TABULATION; BALLOT RECEIVED AFTER THE VOTING DEADLINE |